AUDREY FREUDENBERG, an Infant, etc., and Another, Appellants, v. S. CARLYLE TRATTLER, Respondent.— Orders unanimously affirmed, with twenty dollars costs

and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.